THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:11cr22-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WILLIAM ANDREW ESTES. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment as to Defendant Estes [Doc. 251].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment as to Defendant Estes [Doc. 251] is **GRANTED**, and the Bill of Indictment [Doc. 74] filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** with respect to the Defendant William Andrew Estes.

**IT IS SO ORDERED.**

Signed: May 22, 2012

Martin Reidinger
United States District Judge